## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7174**

In the Matter of

Joyce Bischoff
v.
City of Calumet City, James Banasiak, Gerald Tarka, Rebecca Wojewoda

Case Number: 07 L

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Calumet City

**JUDGE HIBBLER**
**MAGISTRATE JUDGE KEYS**

**FILED**
**DECEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Mark H. Sterk |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Mark H. Sterk |

| FIRM |
|---|
| Odelson & Sterk, Ltd. |

| STREET ADDRESS |
|---|
| 3318 West 95th Street |

| CITY/STATE/ZIP |
|---|
| Evergreen Park, Illinois 60805 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03125540 | (708) 424-5678 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |