UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Joyce Bischoff
                        Plaintiff,

v.                                                  Case No.: 1:07–cv–07174
                                                   Honorable William J. Hibbler

City of Calumet City, Illinois, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

    MINUTE entry before Judge William J. Hibbler: Status hearing held on 2/14/2008. Plaintiff's counsel does not appear. Status hearing continued to 3/13/2008 at 09:30 AM. The Court orders plaintiff counsel to be present at the next court date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.