**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 07 C 7174 |
|---|---|---|
| Joyce Bischoff v. City of Calumet City, James Banasiak, Gerald Tarka, Rebecca Wojewoda, Defendants | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Calumet City,

NAME (Type or print)
  Patrick D. Burns

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
   s:/ Patrick D. Burns

FIRM   Odelson & Sterk, Ltd.

STREET ADDRESS   3318 W. 95th Street

CITY/STATE/ZIP   Evergreen Park, IL 60805

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6236795 | TELEPHONE NUMBER (708) 424-5678 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   NO

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   NO

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   NO

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   NO

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐