**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Joyce Bischoff

                Plaintiff,

v.                               Case No.: 1:07–cv–07174
                                              Honorable William J. Hibbler

City of Calumet City, Illinois, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 13, 2008:

    MINUTE entry before Judge William J. Hibbler: Status hearing held on 3/13/2008. Plaintiff counsel does not appear. Individual defendants given leave to answer and appear instanter. Defendants to file any motion to dismiss for want of prosecution by 3/20/08. Status hearing and ruling on motion set for 4/10/2008 at 09:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.