U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: 07 C 07174 |
|---|---|

JOYCE BISCHOFF,
V.
CITY OF CALUMET CITY, JAMES BANASIAK, REBECCA WOJEWODA, and ALDERMAN GERALD TARKA.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAMES BANASIAK, REBECAA WOJEWWODA, and
ALDERMAN GERALD TARKA.

| NAME (Type or print) |  |
|---|---|
| John J. Meehan |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ John J. Meehan |  |
| FIRM |  |
| Law Offices of John J. Meehan, P.C. |  |
| STREET ADDRESS |  |
| 33 N. Dearborn Street, Suite 300 |  |
| CITY/STATE/ZIP |  |
| Chicago/IL/60602 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6205105 | (312) 332-6333 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |