**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOYCE BISCHOFF,<br>      Plaintiff,<br><br>v.<br><br>CITY OF CALUMET CITY, ILLINOIS,<br>an Illinois Municipal Corporation,<br>      Defendant. | Case No. 07 C 7174<br><br>Judge Hibbler<br><br>JURY TRIAL DEMANDED |

**MOTION TO VACATE MARCH 13, 2008 ORDER OF COURT**

NOW COMES the Plaintiff, Joyce Bischoff, by her counsel, Andreou & Casson, Ltd., and for her motion to vacate the Court's March 13, 2008 order states as follows:

1. This matter was originally filed by the Plaintiff in the Circuit Court of Cook County on November 7, 2007, and assigned to Hon. Kathleen Flanagan.

2. The Defendants removed this action pursuant to 28 U.S.C. §1367 on December 21, 2007.

3. This matter was set for status hearing on March 13, 2008 on the Court's order.

4. Counsel for the Plaintiff, Luke A. Casson, was engaged in trial in the Circuit Court of Will County, Judge Bobbi Petrungaro, in a matter captioned Verotix Systems, Inc. v. Follett Library Resources, Case No. 02 CH 2041.

5. Counsel for the Plaintiff prepared a number of affidavits of engagement in Courts in which he was scheduled to appear. Exhibit 1.

6. That matter was originally scheduled for trial from March 4-March 7. However, the matter was held over on a day to day basis through March 13, 2008.

7. Upon the setting of the instant matter, the case was incorrectly docketed for appearance before Judge Flanagan.

8. Counsel's law partner, Frank J. Andreou, covered the matter but was unaware of the removal action filed by the Defendants.

9. Mr. Andreou appeared for the hearing in Judge Flanagan's courtroom and was advised that it had been stricken from the call for the day. Exhibit 2.

10. Counsel's appearance before the Court in this matter was, therefore, unavoidable due to the trial in another matter. That aside, counsel's office attempted to appear for the matter based on inadvertently incorrect information docketed into its calendar.

11. The Defendants have not and will not be prejudiced by the granting of this motion as they have not answered the complaint to date.

WHEREFORE, the Plaintiff respectfully moves that the Court vacate its March 13, 2008 order, that the March 26, 2008 status hearing stand as ordered and for all other relief just and proper in the premises.

> Respectfully submitted,
> Andreou & Casson, Ltd.
>
> By: **/s/Luke A. Casson**
>     Luke A. Casson

Luke A. Casson
Andreou & Casson, Ltd.
661 West Lake Street, Suite 2N
Chicago, Illinois 60661
312.935.2000/ 312.935.2001