**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS MUNICIPAL
DEPARTMENT, SIXTH DISTRICT**

| | | |
|---|---|---|
| **CITY OF CALUMET CITY,**<br>a municipal Corporation,<br><br>    **Plaintiff,**<br><br>Vs.<br><br>**JOYCE BISCHOFF, UNKNOWN<br>OWNERS and NON-RECORD<br>CLAIMANTS,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 04 M6 4425** |

## AFFIDAVIT OF ENGAGEMENT

I, Luke A. Casson, the undersigned, being duly sworn under oath, states and

deposes as follows:

1.    I am counsel for Joyce Bischoff,  one of the Defendants in the above-
referenced matter;

2.    The trial of this matter is set to commence on March 11, 2008.

3.    The trial in the matter of Verotix Systems v. Follett Corporations, 02 CH
2041 began on March 4, 2008 and will continue through March 11, 2008.

4.    The undersigned will be engaged in said trial as will his associate, Kevin
Lahey.

5.    As the undersigned is the primary attorney with the most knowledge of the
fact of the above-referenced matter, it is imperative that the undersigned
try this matter to verdict

6.    This request is not meant to delay the proceedings before this Court but to
ensure that all issues are sufficiently brought to the attention of this Court
for consideration.

AFFIANT SAYETH FURTHER NAUGHT

<u>VERIFICATION</u>

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Luke A. Casson