IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOYCE BISCHOFF,<br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF CALUMET CITY, ILLINOIS,<br>an Illinois Municipal Corporation,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Case No. 07 C 7174<br>)<br>) Judge Hibbler<br>)<br>) JURY TRIAL DEMANDED<br>) |

### DECLARATION OF FRANK J. ANDREOU

Your Declarant, Frank J. Andreou, under oath and under the penalties of perjury declares as follows:

1. I am over the age of 18 years, am a resident of the State of Illinois and am competent to make the declarations herein.
2. I am an attorney at law licensed to practice in the State of Illinois and the U.S. District Court for the Northern District of Illinois.
3. I am a shareholder with Luke A. Casson in the firm of Andreou & Casson, Ltd.
4. Because Mr. Casson was engaged in a trial in Will County, Illinois I covered the hearing in this matter.
5. I appeared for the hearing in this matter which was docketed incorrectly as being before Judge Kathleen Flanagan in Room 2010 of the Richard J. Daley Center.
6. I was not aware that the matter had been removed to the U.S. District Court for the Northern District of Illinois.
7. I was advised by the Judge Flanagan's staff that this matter had been stricken from the call for the day.

This Declaration signed and verified by me on the 17th day of March, 2008.

_____
Frank J. Andreou, Declarant