**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOYCE BISCHOFF,<br>        Plaintiff,<br><br>v.<br><br>CITY OF CALUMET CITY, ILLINOIS,<br>an Illinois Municipal Corporation,<br>        Defendant. | )<br>)<br>)<br>)<br>) Case No. 07 C 7174<br>)<br>) Judge Hibbler<br>)<br>) JURY TRIAL DEMANDED<br>) |

## NOTICE OF MOTION

Please take notice that on **March 20, 2008** at **9:30 am** I will appear before the Honorable **Judge Hibbler**, or any other judge sitting in his/her stead in room 1225 of the United States District Court, Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Plaintiff's **Motion to Vacate March 14, 2008 Order**, a copy of which is hereby served upon you.

Andreou & Casson, Ltd.
661West Lake Street, Suite 2N
Chicago, Illinois 60661
(312) 935-2000
Attorney No. 39203

**PROOF OF SERVICE**

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109, hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: All participating counsel on this **17th  day of MARCH, 2008.**

      __/s/ **Luke A. Casson**_____
            Luke A. Casson