UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Joyce Bischoff

                          Plaintiff,

v.                                                        Case No.: 1:07–cv–07174
                                                                Honorable William J. Hibbler

City of Calumet City, Illinois, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable William J. Hibbler: Motion hearing held on 3/20/2008 regarding motion to vacate [11]. Plaintiff's Motion to vacate March 13, 2008 order of Court is granted in part as to filing of any motion to dismiss. Status hearing set for 4/9/2008 at 09:30 AM to set discovery schedule. Parties to submit joint proposed discovery schedule to the Court by 4/7/08. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.