IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOYCE BISCHOFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 07174 |
| ) | |
| CITY OF CALUMET CITY, ILLINOIS, ) | Judge Hibbler |
| an Illinois Municipal Corporation, JAMES ) | Magistrate Judge Keys |
| BANASIAK, individually, REBECCA ) | |
| WOJEWODA, individually, Alderman ) | |
| GERALD TARKA, individually, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

To:   Luke A. Casson
      Andreou & Casson, Ltd.
      661 West Lake Street, Suite 2N
      Chicago, Illinois 60661

PLEASE TAKE NOTICE that on **April 3, 2008**, we filed the attached **Defendant City of Calumet City's Answer to Plaintiff's Complaint** with the United States District Court, Northern District, Eastern Division, copies of which are hereby served upon you.

ODELSON & STERK, LTD.

*S/Robert Wilder*
By: _____

### PROOF OF SERVICE

I, Robert Wilder, an attorney, state that on **April 4, 2008**, I caused a copy of the foregoing **Defendant City of Calumet City's Answer to Plaintiff's Complaint** to be served on the above-mentioned party by e-filing this answer with the United States District Court, Northern District, Eastern Division.

*S/ Robert Wilder*
_____

**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678