**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOYCE BISCHOFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 07174 |
| ) | |
| CITY OF CALUMET CITY, ILLINOIS, ) | Judge Hibbler |
| an Illinois Municipal Corporation, JAMES ) | |
| BANASIAK, individually, REBECCA ) | |
| WOJEWODA, individually, Alderman ) | |
| GERALD TARKA, individually, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

To:   Luke A. Casson
     Andreou & Casson, Ltd.
     661 West Lake Street, Suite 2N
     Chicago, Illinois 60661

PLEASE TAKE NOTICE that on **April 9, 2008**, we filed the attached **Defendant City of Calumet City's Motion to Dismiss Count IV of the Plaintiff's Complaint Pursuant to F.R. Civ. P. 12(b)(6)** with the United States District Court, Northern District, Eastern Division, copies of which are hereby served upon you.

**ODELSON & STERK, LTD.**

*S/Robert Wilder*
By: _____

**PROOF OF SERVICE**

I, Robert Wilder, an attorney, state that on **April 9, 2008**, I caused a copy of the foregoing **Defendant City of Calumet City's Motion to Dismiss Count IV of the Plaintiff's Complaint Pursuant to F.R. Civ. P. 12(b)(6)** to be served on the above-mentioned party by e-filing this motion with the United States District Court, Northern District, Eastern Division.

*S/ Robert Wilder*
_____

**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678