**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOYCE BISCHOFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 07174 |
| | ) | |
| CITY OF CALUMET CITY, ILLINOIS, | ) | Judge Hibbler |
| an Illinois Municipal Corporation, JAMES | ) | |
| BANASIAK, individually, REBECCA | ) | |
| WOJEWODA, individually, Alderman | ) | |
| GERALD TARKA, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## CALUMET CITY'S INTERROGATORIES TO PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 33 defendants propound the following interrogatories to plaintiff, Joyce Bischoff, to be answered within thirty (30) days of service hereof:

1. State the full names, alias names, current residence addresses, dates of birth and social security numbers of each person answering these Interrogatories.

**ANSWER:**

2. State the full name and current residence address of each person who witnessed or claims to have witnessed the occurrences that are the subject of this suit.

**ANSWER:**

3. Provide the name, address and telephone number of all of the plaintiff's employers from 1997 to the present, in each instance setting forth the dates you were employed by each, the personnel or human resources manager of each, your immediate supervisor in each place of employment, your position or positions and

inclusive dates of each position, the terms of your employment separation at each, and whether you were the subject of any disciplinary proceedings at any such place of employment with either the employer or a labor organization. If so, state the nature and outcome of such proceedings.

**ANSWER:**

4. Have you ever been named a defendant in any criminal, quasi-criminal or civil case before any court or administrative board? If so, state the following:

   a) the court or administrative board, the county, branch or circuit;

   b) the case number;

   c) the charge or charges placed against you;

   d) the plea to such charge;

   e) the present status relative to each such charge; and

   f) if disposed of, the nature of such disposition.

**ANSWER:**

5. As a consequence of any of the occurrences described in your complaint, were you made a defendant in any criminal, quasi-criminal or civil case before any court or administrative board? If so, state the following:

   a. the court or administrative board, the county, branch or circuit;

   b. the case number;

   c. the charge or charges placed against you;

   d. the plea to such charge;

  e.  the present status relative to each such charge; and

  f.  if disposed of, the nature of such disposition.

**ANSWER:**


6.  Have you ever filed any other civil suit? If so, state:

  a)  the court in which filed;

  b)  the year filed;

  c)  the title and docket number of said case.


**ANSWER:**

7.  Have you ever filed a complaint or charge against the City of Calumet City, or any department thereof, or any of its officers or agents; or against any other municipality, or its officers or agents? If so, state:

  a)  against whom;

  b)  when;

  c)  the nature of the charge or complaint; and

  d)  outcome.

**ANSWER:**


8.  Describe every instance in which any action of defendants caused you to sustain an injury.

**ANSWER:**

9. Identify any drugs or medications consumed by the plaintiff from 1997 to the present, and for each, state the names and addresses of those from whom it was obtained, where it was used, the particular kind and amount of drug or medication so used by you, and the names and current residence addresses of all persons known by you to have knowledge concerning the use of said drug or medication.

**ANSWER:**

10. Are you claiming any psychiatric, psychological and/or emotional injuries as a result of the occurrences alleged in the complaint? If so, state:

    a) The name of any psychiatric, psychological and/or emotional injury claimed, and the name, address and federal tax identification number (FEIN) of each psychiatrist, physician, psychologist, therapist or other health care professional rendering you treatment for each injury;

    b) Whether you had suffered any psychiatric, psychological and/or emotional injury to the date of the occurrence; and

    c) If (b) is in the affirmative, please state when the nature of any psychiatric, psychological and/or emotional injury, and the name, address and federal tax identification number (FEIN) of each psychiatrist, physician, psychologist, therapist or other health care professional rendering you treatment for each injury.

**ANSWER:**

11. State whether you have ever entered or been committed to any institution for the treatment or observation of mental conditions, alcoholism, or narcotics addiction, and, if so, state:

   a) the name and address of each institution;

   b) the length and dates of your stay; and

   c) the circumstances surrounding your entry into each institution.

**ANSWER:**

12. State fully and in detail the damage that you allege you have suffered as a result of action(s) by any defendant.

**ANSWER:**

13. State whether you are now receiving or have ever received any federal or state government benefits for disability, unemployment, retirement, health care, or welfare benefits of any nature, and, if so, state the following in detail for each instance:

   a) a description of each benefit received;

   b) the name of the government paying the benefit;

   c) the inclusive dates when the benefits were being received; and

   d) whether the benefits are presently received.

**ANSWER:**

14. State the nature of the relationship, if any, between the plaintiff and Mr. And Mrs. Dovich.

**ANSWER:**

15. Describe with specificity all steps of the defendants Banasiak, Tarka and Wojewoda, as described in paragraph 22 of the complaint, to permanently deprive the plaintiff of the property.

**ANSWER:**

16. Define the conduct described as "under cover of identity" as set forth in paragraph 28 of the plaintiff's complaint.

**ANSWER:**

17. Describe with specificity, the damage to the plaintiff's property alleged in paragraph 28 of the plaintiff's complaint.

**ANSWER:**

18. State the date and time of each instance in which any employee and/or agent of Calumet City entered the plaintiff's property without the plaintiff's consent. For each instance, state the name and job title of each said individual.

**ANSWER:**

19. State the date or dates on which Calumet City reapportioned the lots on May Street as alleged in paragraph 41 of the plaintiff's complaint.

**ANSWER:**

20. State any and all economic or financial expenditures incurred by the plaintiff that claims to result from the conduct of any defendant as alleged in the plaintiff's complaint.

**ANSWER:**

21. Has the residence structure located at the property at issue been occupied by any individual between the date plaintiff purchased the property and the present? If yes, state:
    a) the names of the individual occupying said residence structure;
    b) The dates of occupancy.

**ANSWER:**

22. State the purchase price paid by the plaintiff for the property at issue.

**ANSWER:**

21. State whether you expect to call any expert witnesses at the trial of this action, and, if so, state:
    a) the name and address of each witness;
    b) the subject matter of the testimony;
    c) the substance of the facts and opinions to which the expert is expected to testify;
    d) a summary of the grounds and degrees held by the witness;
    e) the educational background and degrees held by the witness;
    f) the identity of any membership in professional societies or organizations and the identification number;
    g) any courts in which the witness was ever suspended from engaging in his/her profession and, if so, the date when this occurred and the jurisdiction, state, county, or city wherein the action was taken; and
    h) the identity of and attach copies of any written reports made to you by each expert.

**ANSWER:**

          City of Calumet City

          *S/Robert Wilder*

By:   _____
       One of its attorneys

Robert Wilder
**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678