**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOYCE BISCHOFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 07174 |
| | ) | |
| CITY OF CALUMET CITY, ILLINOIS, | ) | Judge Hibbler |
| an Illinois Municipal Corporation, JAMES | ) | |
| BANASIAK, individually, REBECCA | ) | |
| WOJEWODA, individually, Alderman | ) | |
| GERALD TARKA, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Luke A. Casson
      Andreou & Casson, Ltd.
      661 West Lake Street, Suite 2N
      Chicago, Illinois 60661

PLEASE TAKE NOTICE that on **April 9, 2008**, we filed the attached **Calumet City's Interrogatories to Plaintiff** with the United States District Court, Northern District, Eastern Division, copies of which are hereby served upon you.

**ODELSON & STERK, LTD.**

By: *S/Robert Wilder*

## PROOF OF SERVICE

I, Robert Wilder, an attorney, state that on **April 9, 2008**, I caused a copy of the foregoing **Calumet City's Interrogatories to Plaintiff** to be served on the above-mentioned party by e-filing this motion with the United States District Court, Northern District, Eastern Division.

*S/ Robert Wilder*

**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678