# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7174 | **DATE** | 4/9/2008 |
| **CASE TITLE** | BISCHOFF vs. CITY OF CALUMET CITY, IL, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 5/28/08 at 9:30 a.m. The Court adopts the Report of Rule 26(f) conference as modified in open court. Parties to comply with FRCP 26(a)(1) by 5/9/08. Non- expert discovery cut-off by 10/1/08. Amendments to pleading by 5/30/08. Plaintiff's to comply with FRCP 26(a)(2) by 11/19/08. Defendant to comply with FRCP 26(a)(2) by 12/30/08. Deposition of experts to be completed by 2/17/09. Filing of dispositive motions with supporting memoranda to be submitted by 11/19/08. **The Court will not consider any extensions to the discovery schedule.** Defendants' motion to dismiss count 4 to be filed by 4/9/08. Plaintiff to respond by 4/24/08. Defendants' to reply by 5/2/08. Ruling by mail.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | JHC |
|---|---|---|